**Jean D. GERMAIN, Plaintiff— Appellant,**

v.

**William SONDERVAN, Commissioner; Thomas R. Corcoran, Warden; James S. Smith, Sr., Chief of Security; Rory Wise, Captain; William Morant, Lieutenant; Bernard Jones, Captain; Captain Orange; Darryl Pugh, Corporal; James Flowers, Corporal, Defendants—Appellees.**

No. 03–7868.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 1, 2004.

Decided Nov. 1, 2004.

Jean D. Germain, Appellant pro se. Sharon Stanley Street, Assistant Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jean D. Germain appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *See Germain v. Sondervan,* No. CA–02–3513–1–WDQ (D.Md. filed Oct. 29, 2003; entered Oct. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*